WINCENTA LESZCZYNSKI et al., as Administratrices of the Estate of KAZIMER LESZCZYNSKI, Deceased, Respondents, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

Argued May 24, 1949; decided June 3, 1949.

*Paxton Blair* for appellant.
*Mary Cooper* and *Charles K. Finch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.